**Oscar Noel Menjivar GUARDADO, Petitioner,**

v.

**Eric H. HOLDER Jr., Attorney General, Respondent.**

No. 07–72642.

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 15, 2009.*

Filed Dec. 28, 2009.

Leonor Perretta, Perretta Law Office, West Jordan, UT, for Petitioner.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Ronald E. Lefevre, Office of The District Counsel Department of Homeland Security, San Francisco, CA, Kelly J. Walls, Esq., DOJ–U.S. Department of Justice, Washington, DC, for Respondent.

Before: GOODWIN, WALLACE, and FISHER, Circuit Judges.

MEMORANDUM **

Oscar Noel Menjivar Guardado, a native and citizen of El Salvador, petitions for review of the Board of Immigration Appeals' ("BIA") order denying his motion to reopen removal proceedings. We have jurisdiction under 8 U.S.C. § 1252. Reviewing for abuse of discretion, *Iturribarria v. INS*, 321 F.3d 889, 894 (9th Cir.2003), we deny the petition for review.

The BIA did not abuse its discretion in denying Menjivar Guardado's motion to reopen because the motion was filed more than 3 years after the BIA's June 30, 2003, order dismissing the underlying appeal, *see* 8 C.F.R. § 1003.2(c)(2), and Menjivar Guardado failed to demonstrate that he acted with the due diligence required for equitable tolling, *see Iturribarria*, 321 F.3d at 897 (equitable tolling is available "when a petitioner is prevented from filing because of deception, fraud, or error, as long as the petitioner acts with due diligence").

In light of this disposition, we do not consider Menjivar Guardado's remaining contentions.

**PETITION FOR REVIEW DENIED.**